UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 5:24-MJ-00039-CDB |
| Plaintiff, | ) |
| v. | ) **UNSEALING ORDER** |
| ANDREW AND JOSE CONTRERAS, | ) |
| Defendant. | ) |

Good cause appearing on the application of the United States of America based on Defendant's pending Arraignment on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated:   **November 22, 2024**

_____
UNITED STATES MAGISTRATE JUDGE