MICHELE BECKWITH
Acting United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-00295-KES-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| ANDREW CONTRERAS AND JOSE CONTRERAS, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for a status conference on June 11, 2025.

2.    By this stipulation, defendants now move to continue the status conference to October 8, 2025, and to exclude time between June 11, 2025, and October 8, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government provided initial discovery to the defense on this case on December 6, 2024. The discovery generally consisted of law enforcement reports, photographs, search warrants, lab reports and other evidence.

b)      The parties require additional time to discuss potential resolution of these cases with defense counsel.

c)      In addition, counsel for both defendants are conducting their own review of the discovery provided and their own independent investigation of the case. Both defense counsel requests additional time to complete their investigation and review of discovery.

d)      The defendant asks the Court to exclude time between June 11, 2025, and October 8, 2025, to account for time to conduct an investigation, discuss the possibility of a plea with the Government and defendant, and determine if this case needs to be set for trial, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2025 to October 8, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

///

///

DATED: June 4, 2025

By:      /s/ Reed Grantham
         Assistant Federal Defender
         Counsel for Jose Contreras

By:      /s/ David Torres
         Counsel for Andrew Contreras

By:      /s/ Arin Heinz
         Assistant United States Attorney
         Counsel for the United States

## ORDER

IT IS SO ORDERED that the status conference is continued from June 11, 2025, to **October 8, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.   Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   **June 4, 2025**                    /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE