

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>JOSE CONTRERAS<br><br>　　　　　　Defendant. | CASE NO. 1:24-CR-00295-KES-BAM<br><br>**ORDER UNSEALING OF CRIMINAL INDICTMENT WITH REDACTIONS** |

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the Indictment in the above captioned case be unsealed with redactions.

DATED: August 28, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. BARBARA A. MCAULIFFE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE