ERIC GRANT
United States Attorney
ARIN HEINZ
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW CONTRERAS,<br>JOSE CONTRERAS, and<br>　ALEJANDRO HERNANDEZ,<br><br>　　　　　　Defendants. | CASE NO. 1:24-CR-295-KES-BAM<br><br>ORDER TO<br>UNSEAL INDICTMENT<br><br>(Doc. 52) |

The Court ordered the indictment in this case be sealed as to defendant Alejandro Hernandez pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. On the motion of the United States of America and good cause appearing (Doc. 52), IT IS HEREBY ORDERED that the entire case (*see* Docs. 43-45) be unsealed and be made public record.

DATED:  September 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　HON. CHRISTOPHER D. BAKER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE