1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   LISA N. LUMEYA, DC Bar # 90017392
3  Assistant Federal Defender
   Office of the Federal Defender
4  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
5  Telephone: (559) 487-5561
   Fax: (559) 487-5950
6
   Attorneys for Defendant
7  JOSE CONTRERAS

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:24-cr-00295-KES-BAM-2
12 | Plaintiff, | STIPULATION TO ADVANCE MOTION TO REVOKE HEARING; ORDER
13 | vs. |
14 | JOSE CONTRERAS, |
15 | Defendant. |

17   IT IS HEREBY STIPULATED, by and between the parties through their respective
18 counsel, Assistant United States Attorney Arin Heinz, counsel for plaintiff, and Assistant Federal
19 Defender Reed Grantham, counsel for Jose Contreras, that the hearing on Mr. Contreras' motion
20 to revoke currently scheduled for October 20, 2025, at 9:30 a.m., may be advanced to October
21 6, 2025, at 9:30 a.m.
22   On September 24, 2025, Mr. Contreras filed a motion to revoke the detention order
23 previously issued in this case. *See* Dkt. #64. Thereafter, the Court issued an order setting a
24 briefing schedule and a hearing on the motion for October 20, 2025. *See* Dkt. #65. In the Order,
25 the Court indicated that the briefing schedule may be revised upon stipulation of the parties in
26 consultation with the Courtroom Deputy and an order of the Court. The parties are in agreement
27 to advance the hearing on the motion to revoke to October 6, 2025. Accordingly, the parties
28 herein request the hearing be advanced to October 6, 2025, at 9:30 a.m.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: September 26, 2025

/s/ Arin Heinz
ARIN HEINZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: September 26, 2025

/s/ Reed Grantham
REED GRANTHAM
LISA LUMEYA
Assistant Federal Defender
Attorneys for Defendant
JOSE CONTRERAS

**O R D E R**

**IT IS SO ORDERED.** The hearing on Mr. Contreras' motion to revoke is hereby advanced to October 6, 2025, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   September 26, 2025

_____
UNITED STATES DISTRICT JUDGE