ERIC GRANT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00295-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND *AMENDED* ORDER |
| v. | |
| ALEJANDRO HERNANDEZ, ANDREW CONTRERAS, AND JOSE CONTRERAS, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on October 8, 2025.

2. By this stipulation, defendants Andrew Conteras and Alejandro Hernandez now move to continue the status conference and to exclude time between October 8, 2025, andDecember 10, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). Jose Conteras requests to keep the current status conference on October 8, 2025.

3. The parties agree and stipulate, and request that the Court find the following:

   a) A federal grand jury returned a superseding indictment on August 28, 2025 against defendants Jose Contreras, Andrew Contrera and Alejandro Hernandez. The indictment

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  added additional Counts against Jose Contreras and added a third co-defendant, Alejandro

2  Hernandez. Jose Conteras was arraigned on August 29, 2025, and Alejandro Hernandez was

3  arraigned on September 17, 2025.

4      b)    Thereafter, government provided initial and supplemental discovery to defense

5  counsel for Jose Contreras and Alejandro Hernandez in accordance with the statutory timeline.

6  No new discovery was provided to Andrew Contreras as his charges did not change from the

7  initial indictment. The new discovery provided to Alejandro Hernandez and Jose Contreras is

8  subject to a protective order as is contains sensitive information.

9      c)    Alejandro Hernandez requires time to review the discovery provided and conduct

10  his own investigation into the underlying charges. Therefore, counsel for Hernandez requests to

11  continue the status conference and exclude time, as detailed below.

12      d)    Andrew Contreras requests additional time to continue to conduct his own

13  investigation and discuss potential resolution of the case via a plea with the Government.

14  Therefore, counsel for Andrew Contreras requests to continue the status conference and exclude

15  time, as detailed below.

16      e)    Jose Contreras requests to keep the currently scheduled status conference of

17  October 8, 2025.

18      f)    Defendants Alejandro Hernandez and Andrew Conteras asks the Court to exclude

19  time between October 8, 2025, and December 10, 2025, to account for time to conduct their own

20  investigation, discuss potential resolution of the case via a plea agreement, and determine if this

21  case needs to be set for trial, taking into account the exercise of due diligence.

22      g)    The government does not object to the continuance.

23      h)    Based on the above-stated findings, the ends of justice served by continuing the

24  case as requested outweigh the interest of the public and the defendants in a trial within the

25  original date prescribed by the Speedy Trial Act.

26      i)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

27  et seq., within which trial must commence, the time period of October 8, 2025 to December 10,

28  2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it

results from a continuance granted by the Court at defendant Andrew Contreras and Alejandro Hernandez's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 1, 2025                ERIC GRANT
                                      United States Attorney

                                       /s/ ARIN C. HEINZ
                                      ARIN C. HEINZ
                                      Assistant United States Attorney

Dated: October 1, 2025                /s/ DAVID TORRES
                                      DAVID TORRES
                                      Counsel for Defendant
                                      Andrew Contreras

Dated: October 1, 2025                /s/ REED GRANTHAM
                                      REED GRANTHAM
                                      Counsel for Defendant
                                      Jose Contreras

Dated: October 1, 2025                /s/ MAI S. SHAWWA
                                      MAI S. SHAWWA
                                      Counsel for Defendant
                                      Alejandro Hernandez

**ORDER**

IT IS SO ORDERED that the status conference is continued from October 8, 2025, to **December 10, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**, as to defendants Alejandro Hernandez and Andrew Contreras ONLY.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), as to defendants Alejandro Hernandez and Andrew Contreras ONLY.

IT IS FURTHER ORDERED that the status conference remain set for **October 8, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**, as to defendant Jose Contreras.  Counsel for Contreras is ordered to file a status report as to subjects to be covered at the hearing no later than October 6, 2025.

IT IS SO ORDERED.

Dated:   **October 2, 2025**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4