HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED B. GRANTHAM, CA Bar #294171
LISA N. LUMEYA, DC BN # 90017392
Assistant Federal Defenders
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00295-KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER** |
| vs. | |
| JOSE CONTRERAS, | Date:  October 8, 2025 |
| Defendant. | Time:  1:00 p.m. |
| | Judge: Hon. Barbara McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Jose Contreras, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on October 8, 2025.

2. By previous order, this matter was continued for co-defendants Andrew Conteras and Alejandro Hernandez to December 10, 2025, following a stipulation filed on October 1, 2025. Mr. Contreras had been transferred to an out-of-state facility, and undersigned counsel lacked access to discuss the proposed continuance. After speaking with Mr. Contreras on October 3, 2025, however, the parties are now in agreement to continue the status conference as well.

3. By this stipulation, defendant Jose Conteras now moves to continue the status conference and to exclude time between October 8, 2025, and December 10, 2025,

1     pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

2     4.     The parties agree and stipulate, and request that the Court find the following:

3     a)     A federal grand jury returned a superseding indictment on August 28, 2025. The indictment added additional Counts against Jose Contreras and added a third co-defendant, Alejandro Hernandez. Both Jose Conteras and Alejandro Hernandez were arraigned on the superseding indictment. Jose Conteras was arraigned on August 29, 2025, and Alejandro Hernandez was arraigned on September 17, 2025.

b)     Thereafter, government provided initial and supplemental discovery to defense counsel for Jose Contreras in accordance with the statutory timeline. The new discovery provided to Jose Contreras is subject to a protective order as it contains sensitive information.

c)     Jose Contreras requires time to review the discovery provided and conduct his own investigation into the underlying charges. Therefore, counsel for Mr. Contreras requests to continue the status conference and exclude time, as detailed below.

d)     Defendant Jose Conteras asks the Court to exclude time between October 8, 2025, and December 10, 2025, to account for time to conduct their own investigation, discuss potential resolution of the case via a plea agreement, and determine if this case needs to be set for trial, taking into account the exercise of due diligence.

e)     The government does not object to the continuance.

f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 8, 2025 to December 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendant Andrew Contreras and Alejandro Hernandez's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

1  interest of the public and the defendant in a speedy trial.

2  5. Nothing in this stipulation and order shall preclude a finding that other provisions
3  of the Speedy Trial Act dictate that additional time periods are excludable from the period within
4  which a trial must commence.

5  IT IS SO STIPULATED.

6  Dated: October 3, 2025　　　　　　　　　　ERIC GRANT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　 /s/ *ARIN HEINZ*
8　　　　　　　　　　　　　　　　　　　　　　ARIN HEINZ
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

10  Dated: October 3, 2025　　　　　　　　　　/s/ *Lisa N. Lumeya*
　　　　　　　　　　　　　　　　　　　　　　　REED GRANTHAM
11　　　　　　　　　　　　　　　　　　　　　 LISA N. LUMEYA
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
12　　　　　　　　　　　　　　　　　　　　　 Jose Contreras

**ORDER**

IT IS SO ORDERED that the status conference is continued from October 8, 2025, to **December 10, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **October 6, 2025**　　　　　　　 /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE