Case 1:24-cr-00295-KES-BAM   Document 88   Filed 12/04/25   Page 1 of 5

1 | ERIC GRANT
United States Attorney
2 | LUKE BATY
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, Ca 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No: 1: 24-CR-00295-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| ALEJANDRO HERNANDEZ, ANDREW CONTRERAS, AND JOSE CONTRERAS, | DATE: May 13, 2026 TIME: 1:00 p.m. JUDGE: Hon. Barbara A. McAuliffe |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows The parties base this stipulation on good cause. Specifically,

1. By previous order, this matter was set for a status conference on December 10, 2025, at 1:00 p.m.

1

2. By this stipulation, the defendants Jose Contreras, Andrew Conteras, and Alejandro Hernandez now move tocontinue the status conference and to exclude time between December 10, 2025, and May 13, 2026, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).  The parties agree and stipulate, and request that the Court find the following:

   a. A federal grand jury returned a superseding indictment on August 28, 2025 against defendants Jose Contreras, Andrew Contrera and Alejandro Hernandez. The indictment added additional Counts against Jose Contreras and added a third co-defendant, Alejandro Hernandez. Jose Conteras was arraigned on August 29, 2025, and Alejandro Hernandez was arraigned on September 17, 2025.

   b. Thereafter, government provided initial and supplemental discovery to defense counsel for Jose Contreras and Alejandro Hernandez in accordance with the statutory timeline. No new discovery was provided to Andrew Contreras as his charges did not change from the initial indictment. The new discovery provided to Alejandro Hernandez and Jose Contreras is subject to a protective order as is contains sensitive information.

   c. Alejandro Hernandez requires time to review the discovery provided and conduct his own investigation into the underlying charges. Therefore, counsel for Hernandez requests to continue the status conference and exclude time, as detailed below.

   d. Andrew Contreras requests additional time to continue to conduct his own investigation and discuss potential resolution of the case via a plea with the Government. Therefore, counsel for Andrew Contreras requests to continue the status conference and exclude time, as detailed below.

   e. Jose Contreras requests additional time to continue to conduct his own investigation and discuss potential resolution of the case via a plea with the Government.

2

    f.   Therefore, counsel for Andrew Contreras requests to continue the status conference and exclude time, as detailed below.

    g.   Defendants Jose Contreras, Alejandro Hernandez, and Andrew Conteras ask the Court to exclude time between December 10, 2026, and May 13, 2026, to account for time to conduct their own investigation, discuss potential resolution of the case via a plea agreement, and determine if this case needs to be set for trial, taking into account the exercise of due diligence.

    h.   The government does not object to the continuance

    i.   The ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    j.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 10, 2026 to May 13, 2026 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it results from a continuance granted by the Court at defendant Andrew Contreras and Alejandro Hernandez's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: December 3, 2025 | ERIC GRANT<br>Acting United States Attorney |
| 2 | | |
| 3 | | By:  /s/ LUKE BATY |
| 4 | | LUKE BATY<br>Assistant United States Attorney |
| 5 | | |
| 6 | Dated: December 3, 2025 | By: /s/*Lisa Lumeya*<br>LISA LUMEYA |
| 7 | | Counsel for Defendant<br>Jose Contreras |
| 9 | Dated: December 3, 2025 | By: /s/ *David Torres*<br>DAVID TORRES |
| 10 | | Counsel for Defendant<br>Andrew Contreras |
| 12 | Dated: December 3, 2025 | By: /s/ *Mai Shawwa*<br>Mai Shawwa |
| 13 | | Counsel for Defendant<br>Alejandro Hernandez |

4

**O R D E R**

IT IS ORDERED that the status conference currently set for December 10, 2025 at 1:00 pm is continued to **May 13, 2025 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** <u>However, in any request for a continuance, the parties shall explain when they will be ready to set a trial date.</u>

IT IS FURTHER ORDERED THAT the period of time from December 10, 2025, through May 13, 2026, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **December 4, 2025**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE