AO 199A (Rev. 06/19) Order Setting Conditions of Release                                Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT **FILED**

## for the

_____Eastern_____ District of ___California___

**JAN 2 0 2026**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.    1:24-CR-00295-KES-BAM |
| JOSE CONTRERAS | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    U.S. DISTRICT COURT,  EASTERN DISTRICT OF CALIFORNIA _____
                                                          *Place*

2500 TULARE STREET, FRESNO, CALIFORNA 93721, COURTROOM  10, 6^TH^ FLOOR _____

on _____05/13/2026 1:00 PM_____
                                                        *Date and Time*

If blank, defendant will be notified of next appearance.

(5) ·  The defendant must sign an Appearance Bond, if ordered.

# RELEASE DELAYED UNTIL
# FRIDAY, JANUARY 23, 2026, AT 8:30 A.M.

AO 199B  (Rev. 09/08- EDCA [Fresno]) Additional Conditions of Release (General)                    Page 2 of 3 Pages

CONTRERAS, Jose
Doc. No. 1:25CR00295-KES-BAM

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

☑ (6)     The defendant is placed in the custody of:

Name of person or organization          Maricela Contreras and Flora Bautista

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

SIGNED: _____          SIGNED: _____
                CUSTODIAN                                      CUSTODIAN

☑ (7)     The defendant must:
☑     (a)    report on a regular basis to the following agency:
              Pretrial Services and comply with their rules and regulations;
☑     (b)    report in person to the Pretrial Services Agency on the first working day following your release from custody;
☑     (c)    reside with Juan Contreras and not move or absent yourself from this residence without prior approval of pretrial services officer;
☑     (d)    report any contact with law enforcement to your pretrial services officer within 24 hours;
☑     (e)    cooperate in the collection of a DNA sample;
☑     (f)    travel restricted to Eastern District of California, unless otherwise approved in advance by pretrial services officer;
☑     (g)    not access to phone or the Internet;
☑     (h)    not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer;
☑     (i)    anyone residing with the defendant is required to password protect all Internet capable devices;
☑     (j)    not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition, currently under your control;
☑     (k)    not apply for or obtain a passport or any other traveling documents during the pendency of this case;
☑     (l)    execute a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: A full equity property secured by the property located at **9411 Aphrodite Street, Bakersfield, CA 93306**; and
☑     (m)   participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include a location monitoring technology as directed by the pretrial services officer. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You are responsible for the management of the equipment, and you must charge the battery daily. You must pay all or part of the costs of the program based upon your ability to pay as determined by the pretrial services officer. Home Incarceration: You must remain inside your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services officer;

## USMS SPECIAL INSTRUCTIONS:

☑     (n)    have your release on bond delayed until the first working day at 8:30 am, following the posting of the property bond, at which time you must report directly to the pretrial services office in Fresno for the installation of the location monitoring equipment.

AO 199C  (Rev. 09/08- EDCA [Fresno])  Advice of Penalties                          Page ___3___ Of ___3___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

### Directions to the United States Marshal

( ☒ ) The defendant is ORDERED released after processing.

Date: __1/20/2026__         _____
                                          *Judicial Officer's Signature*

                    ___Kirk E. Sherriff – United States District Judge___
                                *Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL