HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
REED GRANTHAM, CA Bar #294171
LISA N. LUMEYA. DC Bar #90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2228
Telephone: 559.487.5561

Attorneys for Defendant
JOSE CONTRERAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:24-cr-00295-KES-EPG-2 |
| *Plaintiff,* | |
| v. | MOTION TO WITHDRAW FEDERAL DEFENDER AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL AND ORDER |
| JOSE CONTRERAS, | |
| *Defendant.* | |

Federal Defender Heather E. Williams moves to withdraw the Federal Defender Office as counsel of record (including assigned Assistant Federal Defenders Reed Grantham and Lisa N. Lumeya) in the above-captioned case and moves this Court to appoint new counsel, CJA attorney Eric Kersten, to represent defendant JOSE CONTRERAS, based upon the following:

1. This court appointed the Federal Defender Office to represent JOSE CONTRERAS on November 22, 2024, at his initial appearance. (Dkt.11). On December 4, 2024, the Federal Defender assigned AFD Lisa N. Lumeya, who attended the Initial Appearance, as counsel. (Dkt.22)

2. Recognizing MR. CONTRERAS faced 6 total drug counts (fentanyl, methamphetamine, cocaine, and fentanyl-analog), each carrying a mandatory minimum sentence of 10-years up to life imprisonment, the

*US v. Jose Contreras*　　　　　　　1　　　　　　　Federal Defender Motion to Withdraw and Appoint CJA Counsel and Order

Federal Defender also assigned AFD Reed Grantham to MR. CONTRERAS' representation as co-counsel.  (Dkt.23, 12/5/24).

3. Effective May 16, 2026, AFD Grantham will no longer be with the California Eastern Federal Defender Office.

4. With Mr. Grantham's departure and current office resources (including the number of Assistant Federal Defenders with availability in their caseloads and experience to co-counsel such a serious case), the Federal Defender feels it will not be able to effectively continue representing MR. CONTRERAS.

5. As MR. CONTRERAS still qualifies for court-appointed counsel, our Office contacted CJA panel attorney Eric Kersten on May 16, 2026, who is available and willing to accept MR. CONTRERAS' appointment.

### CONCLUSION

THEREFORE, the Federal Defender moves this Court:

1.   to withdraw it, including AFDs Reed Grantham and Lisa N. Lumeya, from Defendant JOSE CONTRERAS' representation and

2.   to appoint CJA attorney Eric Kersten *nunc pro tunc* effective May 16, 2026.

Respectfully submitted,

DATED: May 18, 2026                FEDERAL DEFENDER

                    *s/ Heather E. Williams*
                    HEATHER E. WILLIAMS
                    Attorneys for JOSE CONTRERAS

**O R D E R**

IT IS ORDERED, good cause appearing, withdrawing the Office of the Federal Defender including Assistant Federal Defenders Reed Grantham and Lisa N. Lumeya, representing Defendant JOSE CONTRERAS, and appointing CJA Panel counsel, Eric Kersten, *nunc pro tunc* to May 16, 2026.

IT IS SO ORDERED.

Dated: __**May 18, 2026**__          /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE