ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com
Attorney for Defendant
JOSE CONTRERAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE CONTRERAS,<br>Defendant. | Case No. 1:24-CR-00295-KES-EPG<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br>Judge: Hon. Erin Guy Castillo |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Luke Baty, Assistant United States Attorney, counsel for plaintiff, and Eric V. Kersten, counsel for defendant Jose Contreras that the pretrial release conditions for Mr. Contreras may be modified to reduce the location monitoring home detention to a curfew, and to allow him to access the internet in the presence of Kassidy Garcia, on her device, solely to approve in home health services (IHHS). as follows:

Mr. Contreras' current condition of release 7(b) provides that he must:

> 7(b) Participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include a location, monitoring technology as directed by the pretrial services officer. You must comply with all instructions for the use and operation of set devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You are

> responsible for the management of the equipment, and you must charge the battery daily. You must pay all or part of the cost of the program based on your ability to pay as determined by the Pretrial Services officer. ***HOME DETENTION****: You must remain inside your residence at all times, except for employment; education; religious services; medical, substance, abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities preapproved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf;*

(ECF 119:2).

Under the proposed modification the initial portion of condition 7(a) would remain unchanged, but the italicized portion, beginning with "Home Detention," would be replaced with the following curfew condition:

> 7(a) Participate in the following Location Monitoring program component and abide by all the requirements of the program, which will include a location, monitoring technology as directed by the pretrial services officer. You must comply with all instructions for the use and operation of set devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You are responsible for the management of the equipment, and you must charge the battery daily. You must pay all or part of the cost of the program based on your ability to pay as determined by the Pretrial Services officer. ***CURFEW****: You must remain inside your residence every day from 8:00 pm to 7:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.*

Mr. Contreras' current conditions of release also provide at conditions 7(g) and 7(h) that he must:

> (g) not access to Phone or the Internet;
>
> (h) not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer;

(ECF 96:2).

Under the proposed modification, conditions7(g) and 7(h) would be modified with the addition of the following italicized clause, and will provide that Mr. Contreras must:

> (g) not access to Phone or the Internet;
>
> (h) not use or possess a computer or any device capable of accessing the Internet in your residence or at any other location unless otherwise approved by the pretrial services officer. *The sole exception to conditions7(g) and 7(h) is that defendant may access the email account kassyg60@gmail.com in the presence of Kassidy Garcia, on her device, solely to approve in home health services (IHHS) timesheets.*

It has previously been established that Mr. Contreras lives with significant medical needs given his extensive health issues related to his spinal muscular atrophy type II and neuromuscular scoliosis. He has never been able to walk, and due to his bodily limitations he has required his family's assistance throughout his entire life to feed, bathe, and physically move him to and from his wheelchair to regularly obtain the needed level of movement to manage his pain. (*See* ECF 84: 6-11). For these reasons he is requesting extremely limited internet access so he will be able to resume IHSS services timesheet approval. This is necessary to enable his sister, who is his primary care provider, to be paid, as IHSS requires his approval of the time sheets which are all sent electronically.

It has been nearly eight months since Mr. Contreras was re-released from custody on January 23, 2026 and pretrial services reports that he has been fully complying with the location monitoring restrictions and has provided verification of all approved activities. For this reason Pretrial Services has no objection to the proposed modification replacing home detention with a curfew.

The Pretrial Services Office supports this request. Also, there are two third party custodians, Juan Avelardo Contreras and Maricela Contreras; and a surety, Maria Erica Contreras, who has posted a bond secured by the equity in her property. All three have reviewed the proposed stipulation, have no objection to the proposed modifications of Mr. Contreras' conditions of release, and support the stipulation. (See attached declarations of Juan Avelardo Contreras, Maricela Contreras and Maria Erica Garcia.)

Based on the foregoing, it is respectfully requested that this court order pretrial release conditions 7(a), and 7(g) and (h) modified as set forth above, with all other conditions remaining in full force and effect.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATED: October 1, 2026

/s/ *Luke Baty*
LUKE BATY
Assistant United States Attorney
Attorney for Plaintiff

DATED: October 1, 2026

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
JOSE CONTRERAS

**ORDER**

**IT IS SO ORDERED**. The conditions of pretrial release conditions for Jose Contreras are modified as set forth above.

IT IS SO ORDERED.

Dated: **October 1, 2026**

Erin Sug Castillo
UNITED STATES MAGISTRATE JUDGE