ERIC V. KERSTEN, CA Bar #226429
Attorney at Law
1125 T Street
Fresno, CA 93721
Telephone: (559) 326-6258
eric@kerstenlegal.com

Attorney for Defendant
JOSE CONTRERAS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE CONTRERAS,<br>Defendant. | Case No. 1:24-CR-00295-KES-EPG<br><br>DEFENDANT JOSE CONTRERAS' REQUEST AND WAIVER OF PERSONAL APPEARANCE<br><br>Judge: Hon. Erica P. Grosjean |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant JOSE CONTRERAS, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, Eric V. Kersten, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Mr. Contreras resides in Bakersfield and it has previously been established that lives with significant physical limitations related to his spinal muscular atrophy type II and neuromuscular scoliosis. He has never been able to walk, and due to his bodily limitations he has required his

family's assistance throughout his entire life to feed, bathe, and physically move him to and from his wheelchair to regularly obtain the needed level of movement to manage his pain. (*See* ECF 84: 6-11). For these reasons he is requesting that his personal presence be waived at the upcoming status conference.

Respectfully submitted,

DATED: October 1, 2026

/s/ *Anthony Chavez*
ANTHONY CHAVEZ
Anthony Chavez
Defendant
(Original signature will be retained on file.)

DATED: October 1, 2026

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
JOSE CONTRERAS

**ORDER**

**IT IS SO ORDERED**. Defendant Jose Contreras is hereby excused from appearing in person at the status conference hearing scheduled for Wednesday, October 14, 2026.

IT IS SO ORDERED.

Dated: **October 13, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE